**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| AMYANNE GEIGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:14-cv-7292 |
| | ) | |
| NAVIENT SOLUTIONS, INC. | ) | |
| f/k/a Sallie Mae, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF SETTLEMENT</u>**

NOW COMES the Plaintiff, AMYANNE GEIGER, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.


Dated: February 25, 2015                             KROHN & MOSS, LTD.


                                                    By: /s/ <u>Adam T. Hill</u>
                                                        Adam T. Hill
                                                        KROHN & MOSS, LTD.
                                                        10 N. Dearborn St., 3rd Fl.
                                                        Chicago, Illinois 60602
                                                        Telephone:  312-578-9428
                                                        Telefax:  866-861-1390
                                                        ahill@consumerlawcenter.com
                                                        Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 25, 2015, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on February 25, 2015, I served all counsel of record with a copy of this document by way of the CM/ECF system.

                                                               s/ Adam T. Hill
                                                               Adam T. Hill
                                                               Attorney for Plaintiff