**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| AMYANNE GEIGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:14-cv-7292 |
| | ) | |
| NAVIENT SOLUTIONS, INC. | ) | |
| f/k/a Sallie Mae, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

Plaintiff, AMYANNE GEIGER ("Plaintiff"), and Defendant, NAVIENT SOLUTIONS, INC. f/k/a Sallie Mae, Inc. ("Defendant"), hereby stipulate to and give notice of the voluntary dismissal of Plaintiff's claims in this action, with prejudice, each party to bear its own fees and costs.

Agreed to this 5th day of March, 2015

| | |
|---|---|
| /s/ Adam T. Hill | /s/Saskia Nora Bryan |
| Adam T. Hill | Saskia Nora Bryan, IRDC No. 6255682 |
| KROHN & MOSS, LTD. | LATIMER LeVAY FYOCK LLC |
| 10 N. Dearborn St., 3rd Fl. | 55 West Monroe Street, Suite 1100 |
| Chicago, Illinois 60602 | Chicago, Illinois 60603 |
| Telephone: 312-578-9428 | (312) 422-8000 |
| Telefax: 866-861-1390 | (312) 422-8001 (Fax) |
| ahill@consumerlawcenter.com | |
| *Attorneys for Plaintiff* | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2015, a true and correct copy of the foregoing was filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

/s/ Adam T. Hill
Adam T. Hill